UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITA MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a federally incorporated national association; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation; ETS SERVICES, and DOES 1 to 50, inclusive,<br><br>Defendants, | CASE NO.: 8:11-cv-00037 AG (MLGx)<br><br>**JUDGMENT**<br><br>[*Hon. Andrew J. Guilford*] |

**TO THE HONORABLE COURT AND TO PLAINTIFF:**

On August 30, 2012, the Court entered an Order granting the motion for summary judgment filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,

1  FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wachovia Mortgage
2  Corporation") ("Wells Fargo") and denying Plaintiff Nita Martin's motion for
3  reconsideration.  Accordingly:

4  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

5  1.  This action is dismissed with prejudice;

6  2.  Plaintiff's motion for reconsideration is denied;

7  3.  Plaintiff will take nothing from defendant Wells Fargo, in this action;
8  and

9  3.  As the prevailing party, defendant Wells Fargo may submit an
10  application to tax costs.

13  Dated:  Sept 12, 2012

_____
HON. ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE